IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-64 |
| | ) | (JARVIS/SHIRLEY) |
| KEITHAN HUNTER and | ) | |
| LUELLA COBB, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Keithan Hunter's Motion To Reset Scheduling Deadline [Doc. 19], filed on July 24, 2006. The defendant ask for an extension of the motion cut-off deadline in order to review discovery and conduct an initial investigation, in order to determine what motions would be prudent to file. The government has stated that it does not object to the granting of the defendant's request for an extension. Accordingly, the Court **GRANTS** the defendant's motion to extend motion deadline [**Doc. 19**]. The defendant, Keithan Hunter, has until **August 4, 2006**, to file any motions in this case. Responses are due on or by **August 18, 2006.** The pretrial conference currently scheduled for August 8, 2006 at 10:30 a.m. is

1

rescheduled for **August 24, 2006**, **at 1:30 p.m.**  The trial which is scheduled for September 20, 2006, shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　　
United States Magistrate Judge