UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| KEITHAN HUNTER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Nos.: 3:10-cv-343; 3:06-cr-64(1) |
| | ) *Jordan/ Shirley* |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) ) |

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, this motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** as time-barred and this action is **DISMISSED**. Should petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, petitioner is **DENIED** leave to proceed *in forma pauperis* on appeal.

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
CLERK OF COURT